# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APTIV TECHNOLOGIES LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICROCHIP TECHNOLOGY, INC., ) <br> ) <br> Defendant. ) | C.A. No. 23-00307-UNA |

**CORPORATE DISCLOSURE STATEMENT OF PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Aptiv Technologies Limited hereby states that it is wholly owned by Aptiv Malta Holdings Limited.

POTTER ANDERSON & CORROON LLP

By: */s/ Philip A. Rovner*
  Philip A. Rovner (#3215)
  Jonathan A. Choa (#5319)
  P.O. Box 951
  Wilmington, DE 19899
  (302) 984-6000
  provner@potteranderson.com
  jchoa@potteranderson.com

Dated: March 20, 2023          *Attorneys for Plaintiff*
10692079