# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| APTIV TECHNOLOGIES LIMITED, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICROCHIP TECHNOLOGY INC., )<br>)<br>Defendant. )<br>_____)<br>MICROCHIP TECHNOLOGY INC. )<br>)<br>Counterclaim Plaintiff, )<br>v. )<br>)<br>APTIV TECHNOLOGIES LIMITED and )<br>APTIV SERVICES US, LLC, )<br>)<br>Counterclaim Defendants. ) | C.A. No. 23-307-JDW |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the time for Aptiv Technologies Limited and Aptiv Services US, LLC to answer, move or otherwise respond to Microchip Technology Inc.'s Answer and Counterclaims (D.I. 15) is extended to June 16, 2023.

| POTTER ANDERSON & CORROON LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| By: */s/ Philip A. Rovner*<br>    Philip A. Rovner (#3215)<br>    Jonathan A Choa (#5319)<br>    Hercules Plaza<br>    P.O. Box 951<br>    Wilmington, DE 19899<br>    (302) 984-6000<br>    provner@potteranderson.com<br>    jchoa@potteranderson.com | By: */s/ Jack B. Blumenfeld*<br>    Jack B. Blumenfeld (#1014)<br>    Brian P. Egan (#6227)<br>    1201 North Market Street<br>    P.O. Box 1347<br>    Wilmington, DE 19899-1347<br>    (302) 658-9200<br>    jblumenfeld@morrisnichols.com<br>    began@morrisnichols.com |

| | |
|---|---|
| *Attorneys for Plaintiffs/Counterclaim Defendants* | *Attorneys for Defendant/Counterclaim Plaintiff* |

Dated: May 25, 2023

SO ORDERED this 26th day of _____May_____, 2023.

                                                                                                                 /s/ Joshua D. Wolson
                                                                                                                  United States District Judge