IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **APTIV TECHNOLOGIES LIMITED**<br><br>*Plaintiff*<br><br>v.<br><br>**MICROCHIP TECHNOLOGY, INC.,**<br><br>*Defendant* | **Case No. 1:23-cv-00307-JDW**<br><br><br><br>**In the Matter of the Designation of a Magistrate Judge for Service in Another District** |

  Pursuant to 28 U.S.C. § 636(f), in an emergency and upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of § 636 in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the emergency by reason of which the magistrate judge is being transferred, the duration of his or her assignment, and the duties which he or she is authorized to perform.

  Due to the assignment of the above-titled cases to a district judge in the Eastern District of Pennsylvania, a magistrate judge from the Eastern District of Pennsylvania is needed to handle matters in the above-titled cases. For this reason, the Court certifies the need for assistance from a visiting U.S. magistrate judge from the Eastern District of Pennsylvania from June 15, 2023, to June 15, 2024, or for such time as needed in advance to handle necessary matters, or thereafter as required to complete unfinished business.

**THEREFORE,**

  **IT IS ORDERED**, with the concurrence of the Honorable Juan R. Sánchez, Chief Judge of the Eastern District of Pennsylvania, that the Honorable Scott W. Reid, a United States Magistrate Judge from the Eastern District of Pennsylvania, is hereby designated to

hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), on an as needed basis, in the District of Delaware for a period from June 15, 2023 to June 15, 2024, or during the pendency of this case.

Dated this 15th day of June, 2023

_____
**The Honorable Colm F. Connolly**
**Chief U.S. District Judge**
**District of Delaware**