# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **APTIV TECHNOLOGIES LIMITED**  *Plaintiff*  v.  **MICROCHIP TECHNOLOGY, INC.,**  *Defendant* | Case No. 1:23-cv-00307-JDW |

### ORDER

**AND NOW**, this 16th day of June, 2023, it is **ORDERED** that this case is **REFERRED** to Magistrate Judge Scott W. Reid for purposes of conducting settlement proceedings, as Judge Reid deems appropriate. The Parties shall update Judge Wolson on the status of settlement discussions no later than thirty (30) days before the close of discovery.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.